AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Patrick Dombrowski | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 05-CV-664 |
| v. | |
| Superintendent | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed with prejudice. Further, leave to appeal as a poor person is denied.

Date: 2/8/06                                                RODNEY C. EARLY, CLERK

                                                            By: s/Deborah M. Zeeb
                                                                Deputy Clerk